Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

MAR 24 2023

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

___Civil Rights_____ Division

| | |
|---|---|
| Andrew D Dappollonio<br>Andrew J Dappollonio<br>Dexene Dappollonio | Case No. _____<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| see attached | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew D, Andrew J, Dexene Dappollonio |
| Address | 271 Love Lane |
| | Coventry, CT 06238 |
| | *City    State    Zip Code* |
| County | Tolland |
| Telephone Number | 860-742-5717 |
| E-Mail Address | drewdappollonio@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Coventry Police Department |
| Job or Title *(if known)* | Arresting Officer and entire department |
| Address | 1585 Main ST |
| | Coventry, CT 06238 |
| | *City    State    Zip Code* |
| County | Tolland |
| Telephone Number | 860-742-7331 |
| E-Mail Address *(if known)* | https://www.coventryct.org/130/Police-Department |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Diana Giordano |
| Job or Title *(if known)* | Crisis Counselor, United Services, State of CT |
| Address | 140 North Frontage Road |
| | Mansfield Center, CT 06250 |
| | *City    State    Zip Code* |
| County | Tolland |
| Telephone Number | 860-456-2261 |
| E-Mail Address *(if known)* | https://www.unitedservicesct.org/ |

[ ] Individual capacity   [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | Kathleen McNamara and Jaclyn Preville |
| Job or Title *(if known)* | Rockville Courthouse Judge and Prosecutor |
| Address | 20 Park St |
| City | Vernon |
| State | CT |
| Zip Code | 06066 |
| County | Tolland |
| Telephone Number | 860-870-3200 |
| E-Mail Address *(if known)* | https://www.jud.ct.gov/directory/directory/directions/19.htm |

[ ] Individual capacity   [✔] Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Windham Hospital, American Psychiatry Association, see attached |
| Job or Title *(if known)* | (Included is the Connecticut Psychiatric Society and C.A.B.L.E.) |
| Address | 112 Mansfield Ave |
| City | Willimantic |
| State | CT |
| Zip Code | 06226 |
| County | Windham |
| Telephone Number | 860-456-9116 |
| E-Mail Address *(if known)* | https://windhamhospital.org/ |

[ ] Individual capacity   [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Coventry Police and state of CT Crisis Counselor - religious discrimination, socio-economic discrimination / profiling, intentionally lying enabling gross criminal negligence, false arrest
Rockville Court - abuse of process, (if it goes to trial) malicious prosecution, intentional abuse of mental health services, withholding evidence, due process violations, reckless endangerment (Covid)
Windham Hospital / APA - medicaid fraud, threatening with coersive treatment, religious discrimination

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

see attached

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
I was falsely arrested at my home, transported to the police station, then deemed a "Danger to Others" after a 5 minute schizophrenia and God questionnaire by a state of CT employee (the reports have no mention of this.) I was strapped down against my will for "Delusions I work with celebrities", then transported from the police station to the hospital where I was threatened with involuntary commitment if I did not submit to an illegal blood test without a warrant.

B. What date and approximate time did the events giving rise to your claim(s) occur?
March 24th, 2021
(The court will not allow me to access my own police report so the time is approximate.)
Arrest @ 2pm
Home @ 1am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See attached
I have written a detailed account though will attempt a breakdown-- No one was injured, threatened, or harassed. In no way is this situation Reckless Endangerment, Threatening, or Breach of Peach (my charges, all 2nd degree).

I have never spoken to, confronted, or even seen the neighbors-- I am well within my rights to sue the neighbor for "Voyeurism for Malice", "Breach of Peace", and "Harassment". I am not persuing that action because I don't believe in suing neighbors, though their treatment of their dogs and surrounding people is abhorrent. I now have to move, regardless.

The only event that happened was a prolonged dog fight, which caused alarm. I grabbed a pellet gun for protection/surveillance in order to call animal control. I am well within my rights to do so, on my own property, particularly being a safety issue.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I can no longer trust the Coventry PD, the state of CT, or hospital personnel have my best interests in mind. Their willingness to violate constitutional rights and freedoms, the overtness of deception, the contortion of simple concepts under the guise of lawful practices all allude to the events that transpired categorizing as gross criminal negligence and religious discrimination. I have documented details of fraud that cannot be explained. I no longer feel safe in my own home. These people lied about me, or unfairly judged me in a legal and mental capacity, without a trial, without knowing me or even speaking with me, in an attempt to discredit and strip me of that private layer of personal freedom-- my dignity -- for expressing a simple proclamation of religious belief. I was removed from my home then unceremoniously accused again under false pretenses, with an extra layer of humiliation, malicious intent and baseless accusations.

It's not safe in the state of CT for a Christian, not even in your own home, in a perceived demographic such as my own. I now have to help my parents sell our home and move to a different state that will never be home in the same way. My injuries are entirely emotional. What happened was a systematic betrayal of my rights and my trust. I was passed along a chain of people, each writing something about me, yet never speaking to anyone. I felt like a statistic, like an experiment. When I told them I haven't seen a doctor in 25 years and I feel fine, they took it as a challenge to the point they threatened to commit me if I didn't comply. They labelled me, categorized me, and are attempting to stigmatize me with fraudulant mental health claims directly related to my faith in Jesus Christ. These people got paid to do nothing or to do something when they should have done nothing. You can throw stones all day long in a civil capacity, doesn't bother me, but in an official, legal capacity it is unacceptable.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am suing the state of CT, Coventry PD, Windham Hospital / Hartford Health Care, and other affiliated entities such as the American Psychiatric Association (APA) for charges of religious discrimination leading to fraud. I outlined the approximate charges and against which organizations on an attached sheet.

I am suing for $20 million dollars for Medicaid Fraud, between all departments. The bulk of the fraud itself is at the end user-- the hospital-- empowered by the APA to use the DSM-5 manual for systematic widespread fraudulent billing practices via hospital and emergency services, police, and more all across the state of CT and beyond. The DSM is fraudulent in its own capacity, though its effects are compounded by the abuses of the accusing individuals involved. The DSM becomes a weapon to be used by city and state workers to circumvent the law. It is the antithesis to American rights and values, per the constitution. It is immoral and unconstitutional to use this subjective, unscientific pseudolaw psycho-babble in combination with absolute or positive law.

The court in Rockville is adding insult to injury by playing games with words, concepts, and the law by manipulating simple constitutional principles. If the court is not understanding simple law and basic rights, there is a serious problem in the state of CT at the highest level. The police and state worker are the initial agitators of the rights' violations. ($15 million in Medicaid Fraud / $5 million in punitive damages between all other departments.) (I will notarize that ALL money minus $1 million for punitive damages will go back to the people in the form of non-profit low-income peaceful housing developments, benefiting all people, including the "mentally ill". I will use the misappropriated funds to do actual good with it.)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/23/2023

Signature of Plaintiff

Printed Name of Plaintiff    Andrew D Dappollonio

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                                   *City*                  *State*       *Zip Code*

Telephone Number
E-mail Address

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/23/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Andrew J Dappollonio

### B. For Attorneys

Date of signing: 

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City*  *State*  *Zip Code*

Telephone Number

E-mail Address

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    03/23/2023

Signature of Plaintiff    *[signature]*
Printed Name of Plaintiff    Dexene L Dappollonio

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

## Constitutional Rights Violations

### Section II. D.

**1st Amendment** - **Religious expression / Freedom of speech discrimination.** *I said one statement-- "I'm Christian", on my own property. The police accused me of "Psychosis" which led to "Delusions I work with celebrities" as the official reason to strap me down against my will as a "Danger to Others". (More details in a follow-up section.)*

**2nd Amendment** - **Intentional deprivation of rights to deny future ownership of an actual firearm.** *My case involves a pellet gun, considered NOT to be a weapon by the Supreme Court of CT, never fired or pointed at a person or living thing, on my own property, used for surveillance/protection for 5 seconds concerning aggressive, unattended attack dogs. The accusations were brought by new neighbors I have never seen in 8 months since their arrival.*

**4th Amendment** - **Intentional arbitrary arrest, unlawful search and seizure, privacy violations** - *The state of CT is intentionally facilitating fraud using the mental health care system via the DSM-5 manual via woefully trained "armed-soldiers" (social workers / nurses / doctors / police / judges / prosecutors) using this fraudulent tool as a weapon to circumvent the law, violating due process. The police judged me by my appearance, my beliefs, my socioeconomic status, invaded my privacy and lied to the point of gross criminal negligence. They used the Miranda, "Anything you say can and will be used against you in a court of law" to use actual details about my life against me, when asked who I worked with when working at a studio in California, to strap me down for "Delusions I work with celebrities" -- A "Danger to others"-- to be removed from society and intellectually scrutinized in addition to the egregiously false arrest. They also called my parents, as a (then) 44 year old man, and bold-faced lied about what they said, using my own family as a reason to attempt to commit me. (They are suing as well.)*

**5th Amendment** - **Right to a speedy and fair trial violation** - *Plead "Not Guilty" from day 1, said no deals of any kind, jury trial. It's been 2 years, 20 continuances. 17 continuances into my case, the Judge and Prosecutor decided to ask for a competency hearing (from the very institution I'm suing for fraud). I hadn't said one word. If it was truly an issue, they would have requested it from the start. I refused their third deal, with mental health connotations, even though it had reduced my significant false charges to infractions. It is impossible to be considered innocent before proven guilty with this unlawful, immoral psychology and procedure. The court is relying on misinformation to a criminal degree while enabling patronizing, malicious, unconstitutional justice. The court ignored four letters I wrote to them, explaining the situation.*

**6th Amendment** - **Spoliation of evidence, intentional delay and due process violations** - *All condemning evidence against the state and police is missing despite asking for audio/video evidence for the past 2 years. The judge is letting this mockery continue. She and the prosecutor dropped the competency claim once I questioned the timing of their request as well the indemnification of innocence before trial with this unlawful request. Initially, the police intentionally used false mental health accusations in addition to arbitrary arrest so to call the state of CT crisis counselor. Next, the counselor called gave me a "Schizophrenia and God" interview, which is not on the reports. She decided to strap me down for further testing based on "Delusions I work with celebrities", instead. Lastly, the hospital threatened commitment if I didn't submit to an illegal blood test - I passed. They exposed the finality of the assembly line of injustice, failure, and fraud by billing me $400 in addition to billing Medicaid (which I had never used) a large, undisclosed amount. This all happened without anyone speaking with me. The court has abused due process by intentionally delaying trial with unlawful, slanderous accusations, almost 2 years into my case, trying to cover the tracks of their cohorts' unconstitutional behavior. When I said, "I'm Christian", on my own property, in an attempt to convey I'm a fair and reasonable man, that their presence on my property was a misunderstanding-- It was not taken that way by all officials involved in this traumatizing experience. I was called "stupid", accused of running on my own property, belittled, patronized and ignored. I even have reports that say that I have "Cognitive Limitations", "Religious Preoccupations", "Delusions of Grandeur", and more. It is reprehensible that these people slandered (libel) me in this manner, without knowing me or even speaking to me. All of this is from a chain of misinformation that progressively became more incohesive and bizarre.*

**8th Amendment** - **Excessive bail and cruel and unusual punishment** - *Intentionally falsely charged to reach $25,000 bail. A $2000 non-refundable surety bond was paid before the crisis counselor was called. I should have gone home to have my day in court as a presumed innocent man. Instead, the police intentionally delayed, kept the bondswoman behind closed doors, and waited for the counselor. The police made fun of me behind closed doors, according to the bondswoman. I did nothing to deserve the accusation of "Psychosis" by the police. This was unsubstantiated by any follow up reports. The reports mention nothing about the psychological evaluation being about "God and schizophrenia", which is what the entirety of the 5 minute interview was about. I did not answer any of these questions inappropriately. (All of the gruesome details will be explained later.) I was then strapped down against my will, officially a "Danger to Others" for the reason being "Delusions I work with celebrities" and sent to the hospital. I was then threatened with involuntary commitment after several hours at the hospital, not speaking to anyone, when I refused blood and urine testing. I told them that I knew my rights and refused their 'service'. But I was polite and nice to everyone, which is documented by every department. I was then threatened by the department head nurse "If I didn't comply I would face up to 6 months involuntarily committed, and the doctor leaves in 15 minutes."*

**9th Amendment** - **Right of presumed innocence, privacy, dignity, autonomy violations. The right to be left alone, against undue government intrusion into fundamental personal issues and decisions.** - *The law is absolute. It's black and white. The state of CT is using subjective "laws" with many people being given power to take away your freedom based on their own personal beliefs, bonded to the state systems' mental health practices that are in direct violation to constitutional rights and values that the law is based upon. With as little as 6 weeks "training", a social worker can take away your freedom, as in my case. You can't be considered innocent before proven guilty if you're being considered insane before being proven sane with unconstitutional, egregiously false, nonsensical accusations. The court is supposed to be the backstop of truth and justice, fairness and equality. Anyone reading my reports should have been alarmed. Anyone with common sense would read my reports and realize something isn't right, yet the courts ignored the "red-flags", and doubled down with rights' violations.*

**10th Amendment** - **"Where there exist both federal and state laws that are similar, then the federal law will take precedence over the state law."** *The state of CT's several departments, including its criminal justice system, is intentionally facilitating Medicaid Fraud. My case is most certainly documented fraud - "Relational Disorder" - A relationship "disorder" between 2 or more people or entities. They are referring to my parents and God. This was "diagnosed" without speaking with me, apparently from the illegal blood test without a warrant under threat of involuntary commitment. I reiterate, a relationship disorder was gleaned from a blood test. I was billed $400 to have my rights violated. At least 20 people were paid, some still currently being paid, to commit acts of fraud as if it were "another day at the office". I will never trust the authorities, hospitals, or the state of CT again-- how could I? My parents and I have to sell our house and move to another state. They are suing as well. I cannot get a fair trial in the state of CT because they are usurping every personal constitutional right given to us by God and man, in agreement, in our constitution. They are playing with words and concepts in the law to promote falsehoods that are against goodness itself.*

**14th Amendment** - **Forbids the states from depriving any person of "Life, liberty, or property, without due process of law" and from denying anyone equal protection under the law.** - *I was deprived of all of the above without due process. I believe the state of CT is inappropriately abusing the law by enforcing subjective mental health laws that are counter-intuitive to freedom and expression, religious freedom, and autonomy. I was taken off of my property, falsely accused, treated like a mentally-ill child, and threatened with involuntary commitment if I did not comply. Ironically enough, being "Mental Health", no one spoke to me to address their supposed accusations. Although separate entities in the chain of law, they cohesively enabled fraud through indifference, incompetence, and misinformation. The end result is a ton of resources being used unnecessarily at the expense of the taxpayers while unlawfully taking away my freedom and peace of mind in more than one capacity.*

What are the facts underlying your claim(s)?

III. C

I've traveled and lived all over the country but home is here in Coventry, CT for 43 years. New neighbors moved in across the street 8 months previous to this event. They brought aggressive dogs with them, neglecting them. I was increasingly often brought to the roadside in fear their dogs might have escaped, as they began fighting and attack-barking as time went by. I would wait for a minute for the neighbor to come out while being barked at, they never did, their blinds always closed when I was brought to the road. I would go about my business. This continued periodically for several months.

I have a trained-to-stay-in-the-yard cat and chickens who are family. I let them out daily on our wheat farm. The neighbors have never been seen despite myself being outside every day. I only hear these dogs going bonkers, beyond reason, at everyone and everything. (*There is no shortage of recent incidents of these types of dogs and scenarios ending in deadly consequences.) These neighbors have not even been seen since moving across the street. With the commotion the dogs displayed this particular day, my mother was calling animal control, unbeknown to me. The mail-person said, "How can you stand living across the street from that" to my mother just moments before I arrived, unbeknown to me. I heard at least 4 or 5 dogs attacking something. I grabbed my pellet gun from inside the house, looked both ways down the street, walked 5 feet back between my large trees in my driveway, no one was around. I looked through the scope of my pellet gun for 5 seconds to see into the woods, where the dogs sounded like they could be. I could only hear them, not see them. I was going to call animal control as well. I had not called animal control up to that point. Animal control asks where the dogs are, I was finding out. I was careful not to alarm anyone, I had told this to the police. (More evidence that has mysteriously vanished.) There is no reason to believe these people are even home at this point, after several months of this repeated behavior. *Also, I have every right to point a pellet gun, on my own property, towards a source of danger and aggression that is continually being neglected. This case is, in reality, about neglecting to control dangerous dogs, breach of peach, and voyeurism for malice (after I read the reports). The dogs were never spotted.

(I'm not pressing charges against the neighbor. I'm suing for what's right-- the authorities attacked my faith for no reason, calling me a liar/delusional, omitting the God test from their records and replacing their official reason with such a one-sided, lopsided, ludicrous narrative that it has to be either gross incompetence or criminal negligence.)

I couldn't see properly through the scope. I walked back to my house and put it back, then tended my chickens who were in the yard. I was playing chase with my cat, while SWAT was storming onto my property, unbeknown to me as I'm unarmed, yelling at me to get down. They accused me of running, while I was just chasing my cat. They said, "That's a good way to get shot" while I was unarmed and unaware of their presence or the neighbors who called the police, who own/neglect the dogs across the street, and always have their blinds closed. The police called me stupid among other insulting, patronizing behavior. The arresting officer claimed, "Yeah, I use a shock collar to control mine". He

blatantly ignored the fact he needs a "shock collar to control his" while the neighbors are never to be seen. How are they supposed to control these animals had this fighting been a real attack? They never come outside to check. These dogs do not display normal behavior.*

*If I were to ask for the dogs to be removed, the authorities would say, "We can't until it does something." Yet, I was removed as a danger to society based on "Delusions I work with celebrities". (I want to point out that a dog was given more rights than myself.)

I had tried to make contact one day with this neighbor a month earlier when I saw their garage door open. I went down the driveway but got chased away by their dogs. I waited about 2 minutes at the end of the driveway in sight of the open garage with the dogs going ballistic but no one came out. I went back home without seeing anyone. The police later brought this to my attention, that the neighbor did see me go down his driveway that one time, apparently the neighbor intentionally did not come outside.

The neighbor was quoted to say on bodycam, "I stand there staring like a weirdo". This is my new neighbor's interpretation of me simply waiting on my side of the road, in my own driveway, for a minute waiting for someone to come out to tend to these uproarious dogs that are verbally assaulting everyone who passes by. This is while I'm outside, landscaping, birdwatching from years of feeding birds to be residents, trying to work and enjoy my property in some semblance of peace (a law).

Also, I just wanted to say "Hi" to my new neighbor and have a civil, neighborly discussion about his dogs. I do not understand why they were so fearful. I do not think calling the police on your neighbor is friendly, or a good idea, especially when they're behaving bizarrely and mistreating all the people around them by neglecting these aggressive beasts. My poor little creatures wouldn't stand a chance should they retaliate. So I ask, who is the "paranoid" one in this situation? I was also officially accused of "paranoid the dogs were barking" by the police, as a mental health strike against me, when in fact... The dogs are barking.

This neighbor tried using the fact I went halfway down his driveway one time against me and filed a "Stalking" restraining order, despite never having seen them before. After the judge promptly threw out the case, I even apologized to him after court for inadvertently scaring his wife (he lied and told me he wasn't home). We talked outside the courthouse for 15 minutes, coming to a seemingly amicable resolution. On the bodycam, he most certainly was home and wanted to press charges after the police gleefully offered for him to do so. Meanwhile, the police completely and whole-heartedly ignored my side of the story. The missing body-cams have my side of the story.

Beyond ignoring me, the facts, and my parents-- the police and state worker went above and beyond committing exceedingly serious violations of my rights, abusing their power and ability to legally lie, in order to achieve a desired result-- an illegal blood test without a warrant. The desired end result is to keep more guns out of the hands of people they don't want to have guns.

Only a portion of the details are included in the previous attachment which outlines the constitutional rights violations with a condensed explanation of my story. A full, detailed account is available, written days after the event to preserve accuracy. Though I remember every word like it was yesterday.